# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Clevenger, Raymond C. | 2. Court or Organization  United States Court of Appeals for the Federal Circuit | 3. Date of Report  04/12/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  United States Circuit Court Judge (Senior) | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

717 Madison Place, N.W.
Washington, DC 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Clevenger, Raymond C. | 04/12/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2018 | self-employed photographer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | Transportation, Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 04/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (C.S.) | G | Dividend | P2 | T | | | | | |
| 2. Morgan Stanley Managed Municipal Fund | F | Interest | P1 | T | | | | | |
| 3. PNC Bank Now Account | A | Interest | L | T | | | | | |
| 4. Seminole Transporation Co. Mineral Contract | C | Royalty | J | W | | | | | |
| 5. Coop Refining LLP Mineral Contract | A | Royalty | J | W | | | | | |
| 6. Total Petroleum Co. Mineral Contract | B | Royalty | J | W | | | | | |
| 7. Central Crude Co. Mineral Contract | B | Royalty | J | W | | | | | |
| 8. Delaware Group Tax-Free Fund | F | Interest | O | T | | | | | |
| 9. Morgan Stanley Daily Dividend Fund | E | Interest | N | T | | | | | |
| 10. J.P. Morgan Chase & Co. (C.S.) | C | Dividend | M | T | | | | | |
| 11. Pepsico Inc. (C.S.) | C | Dividend | | | Sold | 06/08/18 | M | E | |
| 12. Chevron Corp. (C.S.) | A | Dividend | M | T | | | | | |
| 13. L Brands, Inc. (C.S.) | A | Dividend | | | Sold | 04/11/18 | L | E | |
| 14. Amgen, Inc. (C.S.) | A | Dividend | | | Sold | 07/18/18 | L | D | |
| 15. Bahl & Gaynor Income Growth Fund | D | Dividend | O | T | | | | | |
| 16. Crown Castle International Corp. (C.S.) | A | Dividend | | | Sold | 01/12/18 | L | E | |
| 17. Honeywell International Inc. (C.S) | B | Dividend | | | Sold | 12/07/18 | L | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 04/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Nextera Energy Inc. (C.S.) | B | Dividend | L | T | | | | | |
| 19. Microsoft Corp. (C.S.) | A | Dividend | M | T | | | | | |
| 20. Boeing Co. (C.S.) | A | Dividend | | | Sold | 04/10/18 | M | F | |
| 21. International Business Machines (C.S.) | B | Dividend | M | T | | | | | |
| 22. Occidental Petroleum Corp. (C.S.) | A | Dividend | L | T | | | | | |
| 23. Pfizer Inc. (C.S.) | B | Dividend | M | T | | | | | |
| 24. Sempra Energy Co. (C.S.) | B | Dividend | L | T | | | | | |
| 25. Wells Fargo Co. (C.S.) | A | Dividend | L | T | | | | | |
| 26. Analog Devices, Inc. (C.S.) | A | Dividend | | | Sold | 10/09/18 | L | A | |
| 27. Chubb Ltd. (C.S.) | A | Dividend | L | T | | | | | |
| 28. Colgate Palmolive Company (C.S.) | A | Dividend | M | T | | | | | |
| 29. Dow Dupont Inc. (C.S.) | B | Dividend | L | T | | | | | |
| 30. Kraft Heinz Co. (C.S.) | B | Dividend | L | T | | | | | |
| 31. Verizon Communications, Inc. (C.S.) | A | Dividend | L | T | | | | | |
| 32. Wal Mart Stores, Inc. (C.S.) | B | Dividend | M | T | | | | | |
| 33. Lockheed Martin Corp. (C.S.) | B | Dividend | L | T | Buy | 01/12/18 | L | | |
| 34. Lowes Companies Inc. (C.S.) | B | Dividend | L | T | Buy | 01/22/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 04/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Cisco Systems Inc. (C.S.) | B | Dividend | L | T | Buy | 03/16/18 | L | | |
| 36. McDonalds Corp. (C.S.) | B | Dividend | L | T | Buy | 04/11/18 | L | | |
| 37. Bank of New York Mellon Corp. (C.S.) | B | Dividend | M | T | Buy | 06/08/18 | M | | |
| 38. United Technologies Corp. (C.S.) | A | Dividend | L | T | Buy | 07/18/18 | L | | |
| 39. ConocoPhillips (C.S.) | A | Dividend | L | T | Buy | 08/29/18 | L | | |
| 40. HP Inc. (C.S.) | A | Dividend | L | T | Buy | 09/17/18 | L | | |
| 41. A.T. & T. Inc. (C.S.) | A | Dividend | L | T | Buy | 09/17/18 | L | | |
| 42. Black Rock Inc. (C.S.) | A | Dividend | L | T | Buy | 10/09/18 | L | | |
| 43. Philip Morris Intl Inc. (C.S.) | A | Dividend | L | T | Buy | 11/29/18 | L | | |
| 44. | | | | | | | | | |
| 45. Odd Lot Fund | A | Dividend | J | T | | | | | |
| 46. Costco Companies, Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 47. Berkshire Hathaway Co. (C.S.) | A | Dividend | J | T | | | | | |
| 48. General Electric Co.(C.S.) | A | Dividend | J | T | | | | | |
| 49. Level 3 Communications Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 50. Echelon Corp.(C.S.) | A | Dividend | J | T | | | | | |
| 51. TE Connectivity (C.S.) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 04/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Walt Disney Co. (C.S.) | A | Dividend | J | T | | | | | |
| 53. Europacific Growth Fund | A | Dividend | J | T | | | | | |
| 54. Global High Income Dollar Fund | A | Dividend | J | T | | | | | |
| 55. Blackrock Trust Co. (C.S.) | A | Dividend | J | T | | | | | |
| 56. Canadian Oil Sands Trust Co. (C.S.) | A | Dividend | J | T | | | | | |
| 57. Chevron-Texaco Co. (C.S.) | A | Dividend | J | T | | | | | |
| 58. Cisco Corp. (C.S.) | A | Dividend | J | T | | | | | |
| 59. Dominion Reserve Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 60. Exxon Mobil Corp. (C.S.) | A | Dividend | J | T | | | | | |
| 61. J.P. Morgan Chase & Co. (C.S.) | A | Dividend | J | T | | | | | |
| 62. Kayne Anderson Midstream Investment Co. (C.S.) | A | Dividend | J | T | | | | | |
| 63. Lowe's Companies, Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 64. PHLO Corp. (C.S.) | A | Dividend | J | T | | | | | |
| 65. Oppenheimer International Small Co. Fund | A | Dividend | J | T | | | | | |
| 66. SnowCapital Managment Fund | A | Dividend | J | T | | | | | |
| 67. Ishares DJ Select Dividend Fund | A | Dividend | J | T | | | | | |
| 68. News Corp. (C.S.) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 04/12/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Lazard Emerging Markets RBL Shares | A | Dividend | J | T | | | | | |
| 70. Powsershares Water Reserve Portfolio Shares | A | Dividend | K | T | | | | | |
| 71. Apple, Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 72. Alphabet Inc. (C.S.) | | None | K | T | | | | | |
| 73. District of Columbia Series E BHAC Bond | C | Interest | M | T | | | | | |
| 74. Beloit Wisc Sch District Bond | B | Interest | K | T | | | | | |
| 75. New York City TFA Rev Bond | B | Interest | K | T | | | | | |
| 76. Columbia MO Spl Oblig Bond | B | Interest | K | T | | | | | |
| 77. Rockwall County TX Series A Bond | B | Interest | K | T | | | | | |
| 78. South Western City SD HO Bond | B | Interest | K | T | | | | | |
| 79. Mercanolibre Inc. (C.S) | A | Dividend | J | T | | | | | |
| 80. AT&T Corp. (C.S.) | A | Dividend | J | T | | | | | |
| 81. Clough Global Equity Fund (C.S.) | B | Dividend | K | T | | | | | |
| 82. Clough Global Opportunity Fund (C.S.) | B | Dividend | J | T | | | | | |
| 83. Proctor & Gamble Co. (C.S.) | A | Dividend | J | T | | | | | |
| 84. IsharesFTSE Xinhua China Fund (C.S.) | A | Dividend | J | T | | | | | |
| 85. Ishares MSCI Brazil Index Fund (C.S.) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 04/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Fairpoint Communications Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 87. Frontier Communications, Inc. (C.S) | A | Dividend | J | T | | | | | |
| 88. American Capital World Fund (C.S.) | B | Dividend | L | T | | | | | |
| 89. Heitmann REIT Fund (C.S.) | B | Dividend | L | T | | | | | |
| 90. PIMCO Total Return Fund (C.S.) | B | Dividend | M | T | | | | | |
| 91. Amazon.Com. Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 92. Harbor International Fund (C.S.) | A | Dividend | J | T | | | | | |
| 93. Hartford Growth Opportunity Fund (C.S.) | A | Dividend | J | T | | | | | |
| 94. Mainstay Large Capital Growth Fund (C.S.) | A | Dividend | J | T | | | | | |
| 95. Nuveen Build America Fund (C.S.) | A | Dividend | J | T | | | | | |
| 96. Oppenheimer Gold & Special Minerals Fund (C.S.) | A | Dividend | J | T | | | | | |
| 97. Vale, S.A. (C.S.) | A | Dividend | J | T | | | | | |
| 98. Unilever PLC (C.S.) | A | Dividend | J | T | | | | | |
| 99. T.Rowe Price New Horizons Fund (C.S.) | A | Dividend | J | T | | | | | |
| 100. Consumer Discretionary SPDR Fund | A | Dividend | J | T | | | | | |
| 101. Emerging Global Shares Dow Jones Fund | A | Dividend | J | T | | | | | |
| 102. First TR Exchange Traded FD Dow Jones Ind. Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 04/12/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. First TR ISE Cloud Complex IDX ETF Fund | A | Dividend | | | Sold | 03/06/18 | J | A | |
| 104. Health Care Select SPDR Fund | A | Dividend | J | T | | | | | |
| 105. Ishares IBOXX INVT Grade Corp. Bond | A | Dividend | J | T | | | | | |
| 106. Ishares Inc Core MSCI Emerging Markets ETF Fund | A | Dividend | J | T | | | | | |
| 107. Ishares MBS ETF Fund | A | Dividend | J | T | | | | | |
| 108. Ishares MSCI CDA ETF Fund | A | Dividend | | | Sold | 03/06/18 | J | A | |
| 109. Ishares MSCI Pacific Ex-Japan Fund | A | Dividend | | | Sold | 03/06/18 | J | A | |
| 110. Ishares MSCI Sweden Fund | A | Dividend | | | Sold | 03/06/18 | J | A | |
| 111. Ishares MSCI Switzerland Capped Fund | A | Dividend | | | Sold | 03/06/18 | J | A | |
| 112. Ishares MSCI UK ETF Fund | A | Dividend | | | Sold | 03/06/18 | J | A | |
| 113. Ishares NASDAQ Biotech ETF Fund | A | Dividend | J | T | | | | | |
| 114. Ishares Tips Bond ETF Fund | A | Distribution | J | T | | | | | |
| 115. Ishares 3-7 Year Treasury Bond ETF Fund | A | Dividend | J | T | | | | | |
| 116. Market Vectors Emerg. Markets Local Currency Debt Fund | A | Dividend | J | T | | | | | |
| 117. Powershares Global Exchange Traded FD TR Fund | A | Dividend | J | T | | | | | |
| 118. Sector SPDR Financial Fund | A | Dividend | J | T | | | | | |
| 119. SPDR Barclays High YieldBond ETF Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 04/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Vanguard Consumer Staples ETF Fund | A | Dividend | J | T | | | | | |
| 121. Vanguard Industrial ETF Fund | A | Dividend | J | T | | | | | |
| 122. Vanguard Information Tech ETF Fund | A | Dividend | J | T | | | | | |
| 123. Vanguard Intermediate Term Bond ETF Fund | A | Dividend | J | T | | | | | |
| 124. Vanguard Materials ETF Fund | A | Dividend | J | T | | | | | |
| 125. Vanguard Natural Resources LLC Fund | A | Dividend | J | T | | | | | |
| 126. Vanguard Short Term Bond Fund | A | Dividend | J | T | | | | | |
| 127. Vanguard Telecomm Services ETF Fund | A | Dividend | J | T | | | | | |
| 128. Wisdomtree Europe Hedged Equity Fund | A | Dividend | J | T | | | | | |
| 129. Global Self Storage Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 130. Ishares MSCI Japan Fund | A | Dividend | J | T | | | | | |
| 131. Real Estate Select Sector SPDR Fund | A | Dividend | J | T | | | | | |
| 132. Salesforce.com.Inc. (C.S.) | A | Dividend | J | T | | | | | |
| 133. Sector SPDR Energy Fund | A | Dividend | J | T | | | | | |
| 134. Communications Services Select Sector Fund | A | Dividend | J | T | Buy | 10/18/18 | J | | |
| 135. Ishares TR Core MSCI EAF ETF Fund | A | Dividend | K | T | Buy | 03/06/18 | K | | |
| 136. Powershares EM Sovereign Bond USD ETF Fund | A | Dividend | J | T | Buy | 03/06/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 04/12/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Sector SPDR Utilities Fund | A | Dividend | J | T | Buy | 03/06/18 | J | | |
| 138. SPDR S&P Insurance ETF Fund | A | Dividend | J | T | Buy | 03/06/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. | 04/12/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Raymond C. Clevenger**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544